[No. 7,272.—In Bank.]

## McGREW *v.* MAYOR ETC. OF SAN JOSÉ.

JUSTICES OF THE PEACE—ELECTIONS—CONSTITUTIONAL LAW—JUDICIAL OFFI-CERS—DEFINITION.—Justices of the Peace are *judicial* officers within the meaning of the Constitution, art. xxii, § 10, and must be elected at the general election.

APPEAL from a judgment for the defendant, in the Superior Court of Santa Clara County.   SPENCER, J.

The plaintiff was elected Justice of the Peace at the city election of San José, held under the act approved March 31st, 1876, entitled "An Act to amend an act to re-incorporate the City of San José"; and the case in the Court below was a proceeding for a writ of mandamus to the Mayor and Common Council, to compel them to canvass the returns, and declare the result of the city election as to Justice of the Peace. The Court below denied the application.

*S. F. Leib*, for Appellant.

The office to be filled is a city office, and is styled in the act, that of " City Justice."

*D. W. Herrington*, and *Louis Arques*, for Respondent.

By the COURT:

In our opinion, a Justice of the Peace is one of the officers referred to and styled *judicial* in § 10 of art. xxii of the Constitution.   (See also § 11, art. vi.)

By the provisions of that section, such officer must be "elected at the time and in the manner that State officers are elected."   This is conclusive of the case.   The election of the plaintiff in April last was therefore invalid, and the judgment of the Court below is affirmed.